726 A.2d 909

IN THE MATTER OF MICHAEL K. MULLEN,
AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

The Disciplinary Review Board on December 15, 1998, having filed with the Court its decision concluding that a letter of admonition should be issued to **MICHAEL K. MULLEN** of **MORRISTOWN,** who was admitted to the bar of this State in 1982, for violations of *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.